**Ethan Jerome MOORE, Plaintiff—Appellant,**

v.

**Joel ZIEGLER, Defendant–Appellee.**

No. 13–6871.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 21, 2013.

Decided: Nov. 25, 2013.

Ethan Jerome Moore, Appellant Pro Se.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ethan Jerome Moore, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28

U.S.C.A. § 2241 (West 2006 & Supp.2013) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Moore v. Ziegler,* No. 5:11–cv–00521, 2013 WL 2297048 (S.D.W.Va. May 29, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*